KEVIN E. GAUT (SBN 117352), keg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

*Attorneys for Defendant*
*Pressed Juicery, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JASON TUNKETT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRESSED JUICERY, INC.,<br><br>Defendant. | CASE NO. 4:20-CV-09287-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>**STIPULATION OF ALL PARTIES AND NOTICE UNDER LOCAL RULE 3-13 OF PENDENCY OF OTHER ACTION OR PROCEEDING; ORDER THEREON**<br><br>*[Declaration of Kevin E. Gaut in support filed concurrently]* |

Mitchell Silberberg & Knupp LLP
12854686.1

CASE NO. 3:20-CV-09287
**STIPULATION OF ALL PARTIES AND NOTICE UNDER LOCAL RULE 3-13 OF PENDENCY OF OTHER ACTION OR PROCEEDING**

This Stipulation and Notice of Pendency of Other Action or Proceeding Under Local Rule 3-13 is filed by and made between all parties to this action, through their undersigned counsel of record, with reference to the following facts:

1. This is a Fair Labor Standards Acts ("FLSA") collective action and state law wage and hour class action asserted against defendant Pressed Juicery, Inc. ("Pressed"). This action was filed on December 22, 2020 and served on defendant Pressed on December 29, 2020. The parties filed a stipulation on January 15, 2021 extending Pressed's deadline to respond until February 17, 2021. The Court has set a March 30, 2021 Case Management Conference.

2. There is a pending in Los Angeles Superior Court a related action captioned *Krystal Alvarado v. Pressed Juicery, Inc.*, *et al*, Case No. 20STCV43455, filed on November 13, 2020 (the "Alvarado Action"). Pressed filed an answer in the Alvarado Action on January 13, 2021.

3. The Alvarado Action is a representative proceeding under California's Private Attorney's General Act, California Labor Code section 2699 et. seq. ("PAGA"). This Action and Alvarado have substantially overlapping allegations. In particular:

   a. The Alvarado Action and this Action both purport to assert wage and hour violations on behalf of the same California-based non-exempt employees of Pressed.

   b. Both the Alvarado Action and this Action allege the same purported state law wage and hour violations on behalf of those employees. Also, the FLSA claims alleged in this Action are based on the same conduct alleged in both Actions to also violate state law.

4. The parties to the Alvarado Action have agreed to an early mediation of the claims asserted in that case. The claims in this Action and the Alvarado Action do have some distinctions. The Alvarado Action does not expressly allege FLSA claims and also asserts the state law violations only through PAGA, which covers a shorter time period than direct wage and hour claims. However, the parties to the Alvarado Action have already discussed that any

Mitchell Silberberg & Knupp LLP
12854686.1

2  CASE NO. 3:20-CV-09287
**STIPULATION OF ALL PARTIES AND NOTICE UNDER LOCAL RULE 3-13 OF PENDENCY OF OTHER ACTION OR PROCEEDING**

settlement of that Action will be on a classwide basis and include all claims over all time periods that could be asserted under the FLSA or over the longer time periods covered by direct state wage and hour claims.  Accordingly, any settlement of the Alvarado Action will cover all claims and parties at issue in this actions and effectively resolve all claims at issue here, except as to any potential opt outs.

5. The mediation of the Alvarado Action has been scheduled for March 24, 2021 before former Los Angeles Superior Court Judge Lisa Hart Cole.

6. Local Rule 3-13 provides that where there are related pending cases, the parties should "consider whether proceedings should be coordinated to avoid conflicts, conserve resources and promote an efficient determination of the action."  Consistent with that injunction, the parties believe that the applicable dates and activity in this case should be continued until after the mediation of the Alvarado Action, at which time the parties will know whether this suit has been effectively resolved by settlement in the Alvarado Action.  And even if the mediation of the Alvarado Action does not result in such a settlement, the parties here would consider an early mediation in this case that would then effectively resolve claims in the related Alvarado Action.

In light of the facts specified above, the Parties stipulate as follows:

1. Defendant Pressed shall be given an extension of time through and including April 15, 2021 to respond to the complaint.

2. The Case Management Conference shall be continued and reset after the parties provide the notice specified in paragraph 3 below.

3. The parties shall file with the Court, by not later than April 7, 2021, a statement informing the Court whether a settlement has occurred in the Alvarado Action that effectively resolves this case, or alternatively if it has not, whether the parties propose an early mediation in this action or other proposals for early case resolution, along with a proposal for timing of the initial Case Management Conference, for the rule Federal Rule of Civil Procedure ("FRCP") Rule 26 exchange, and for other deadlines under the FRCP or Local Rules.

Mitchell
Silberberg &
Knupp LLP

12854686.1

3    CASE NO. 3:20-CV-09287
**STIPULATION OF ALL PARTIES AND NOTICE UNDER LOCAL RULE 3-13 OF PENDENCY OF OTHER ACTION OR PROCEEDING**

4. All pending deadlines for the FRCP Rule 26 conference and exchange and all deadlines under the Local Rules, including the ADR Local Rules, shall be continued and reset based on the Case Management Conference to be scheduled after the parties submit the April 7, 2021 report.

IT IS SO STIPULATED.

DATED: February 1, 2021          JAVITCH LAW OFFICE

By:/s/Mark L. Javitch
    Mark L. Javitch
    *Attorneys for Plaintiff Jason Tunkett*
    *individually and on behalf*
    *of all others similarly situated*

DATED: February 1, 2021          MITCHELL SILBERBERG & KNUPP LLP

By: [signature]
    Kevin E. Gaut
    *Attorneys for Defendant Pressed Juicery, Inc.*

**Attestation Regarding Signatures**

I, Kevin E. Gaut, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 28, 2021          By: [signature]
    Kevin E. Gaut

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 2/10/2021                 [signature]
    Honorable Haywood S. Gilliam, Jr.
    U.S. District Court Judge for Northern California